_____

No. 95-2514WM
_____

United States of America,                *
                                          *
                   Appellee,              *    Appeal from the United States
                                          *    District Court for the Western
        v.                                *    District of Missouri.
                                          *
Deon Love,            *                   [UNPUBLISHED]
                                          *
                   Appellant.             *
_____

Submitted:  December 7, 1995

Filed:  December 13, 1995
_____

Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____


PER CURIAM.


     Deon Love appeals the drug-related sentence imposed by the district
court under the sentencing guidelines.  Love contends he was entitled to
a reduction to a sentencing range of 151-188 months because of Love's role
in the offense.  We disagree.


     At sentencing, the district court granted the government's motion for
a downward departure and sentenced Love to 84 months imprisonment and five
years supervised release.  Because Love's 84-month sentence represents a
downward departure from the guideline range sought by Love, Love's sentence
is not reviewable.  See United States v. Baker, 64 F.3d 439, 441 (8th Cir.
1995).


     We affirm Love's sentence.

A true copy.

        Attest:

            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.